# REMITTANCE STATEMENT

D. Sims Crawford, Chapter 13 Standing Trustee
Chapter 13 Bankruptcy Cases
P.O. Box 10848
Birmingham, AL 35202

---

**DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK**

| Check Number |
|:---:|
| 577812 |

| Printed |
|:---:|
| 7/3/2014 |

| Issue Date |
|:---:|
| 07/03/2014 |

CLERK, US BANKRUPTCY COURT
Unclaimed Monies
1800 5th Avenue North
Birmingham, AL 35203

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 0701439 | RHODES, CARL V | | | Continuing | 0.02 |
| | ORIGINAL CHECK 566041 02/27/2014 RHODES, CARL & HELEN 217- 50TH STREET NORTH  BIRMINGHAM AL 35212 | | | | |
| 0800931 | WESLEY, STELLA | | | Continuing | 0.02 |
| | ORIGINAL CHECK 566046 02/27/2014 WESLEY, STELLA 1316 ANGLIA CIRCLE  BESSEMER AL 35020 | | | | |
| 0801516 | STEVENSON, PATRICIA L | | | Continuing | 0.92 |
| | ORIGINAL CHECK 566045 02/27/2014 STEVENSON, PATRICIA 2714 S PAGOSA ST ***MR*** AURORA CO 800132138 | | | | |
| 0806201 | KLASK, CHRISTOPHER A. | | | Continuing | 11.43 |
| | ORIGINAL CHECK 564423 02/07/2014 KLASK, CHRISTOPHER 2800 - 3RD STREET NW  BIRMINGHAM AL 35215 | | | | |
| 0806286 | HOLLINGSWORTH, RONALD NEAL | | | Continuing | 63.35 |
| | ORIGINAL CHECK 564428 02/07/2014 HOLLINGSWORTH, RONALD & STEPHANIE 169 FLAGSTONE LANE  CALERA AL 35040 | | | | |
| 0900752 | KIRKLAND, LEE ANDREW | | | Continuing | 7.63 |
| | ORIGINAL CHECK 564433 02/07/2014 KIRKLAND, LEE 142 SUNSET LANE  CALERA AL 35040 | | | | |
| 0902809 | GLASS, CONSTANCE ANN | | | Continuing | 0.01 |
| | ORIGINAL CHECK 566040 02/27/2014 GLASS, CONSTANCE 2143 PICKLE CIRCLE  BIRMINGHAM AL 35214 | | | | |
| 0903387 | JOHNSON, DELOIS M. | | | Continuing | 6.92 |
| | ORIGINAL CHECK 564441 02/07/2014 JOHNSON, DELOIS 31 SUNSCAPE DRIVE  BIRMINGHAM AL 35215 | | | | |
| 1000102 | TURNER, MELINDA | | | Continuing | 3,770.19 |
| | ORIGINAL CHECK 564453 02/07/2014 TURNER, MELINDA 1825 HEATHERMOOR ESTATES LOT 30 MOODY AL 35004 | | | | |
| 1204827 | BEARDEN, JOSHUA LYNN | | | Continuing | 2.20 |
| | ORIGINAL CHECK 564487 02/07/2014 BEARDEN, JOSHUA & CONNIE 4300 GAMBLE LANE  BESSEMER AL 35022 | | | | |
| 1302414 | YOUNG, TINA L. | | | Continuing | 416.00 |
| | ORIGINAL CHECK 564492 02/07/2014 YOUNG, TINA 8209 - 5TH AVENUE, NORTH  BIRMINGHAM AL 35206 | | | | |
| 1303973 | SHEPHERD, TAMMY A.  (deceased) | | | Continuing | 1,489.00 |
| | ORIGINAL CHECK 564498 02/07/2014 SHEPHERD, TAMMY 8104 SECOND AVENUE SOUTH  BIRMINGHAM AL 35206 | | | | |
| | | | | TOTAL | 5,767.69 |

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.